UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
LEWIS GOLINKER                              )
401 East State Street                       )
Suite 300                                   )
Ithaca, New York  14850                     )
                                            )
                    Plaintiff,              )
                                            )        Civ. No.
v.                                          )
                                            )
OFFICE OF PERSONNEL MANAGEMENT              )
1900 E Street, N.W.                         )
Washington, D.C. 20415                      )
                                            )
                    Defendant.              )
                                            )
_____)

## COMPLAINT

### INTRODUCTION

1.  The Office of Personnel Management (OPM) annually approves proposals by health insurance carriers to offer nationwide plans to federal employees and their dependents through the Federal Employees Health Benefits Program (FEHBP).  For the last several years, OPM has approved proposals by these carriers that *exclude* coverage for speech generating devices (SGDs).  SGDs enable functional communication for people who are unable to speak due to such conditions as cerebral palsy, autism, or a traumatic brain injury.  Medicaid, Medicare, CHAMPUS/Tricare and more than a thousand private health insurance providers cover SGDs. Most often, SGDs are covered as part of their durable medical equipment coverage

2.  As the Department of Health and Human Services, the Department of Veterans Affairs and these private providers have recognized, speech generating devices are an

exceedingly important health benefit to a very small number of persons who have severe speech disabilities. The Blue Cross Blue Shield Associations, which are nationwide FEHBP plan sponsors and therefore are permitted to exclude SGDs, not only cover and provide SGDs, but many have specific SGD coverage criteria in their commercial insurance policies. In light of SGDs' importance to those who need them; their widespread acceptance and coverage as medical equipment items; and the absence of a cost basis for their exclusion, OPM has no obvious basis for approving their exclusion from nationwide FEHBP plans.

3.     On February 1, 2007 and September 6, 2007, Mr. Lewis Golinker sought records pursuant to the Freedom Of Information Act ("FOIA") aimed at learning OPM's justification, if any, for approving the FEHBP's nationwide plans' exclusions of SGD coverage. OPM did not respond to his FOIA requests. Therefore, Mr. Golinker brings this action for injunctive relief to challenge OPM's failure to disclose records in response to his FOIA requests.

## JURISDICTION AND VENUE

4.     This action is brought under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, *et seq.* This Court has jurisdiction under 5 U.S.C. § 552(a)(4)(B) (2008) and 28 U.S.C. § 1331. Venue is proper under 28 U.S.C. § 1391(b).

## PARTIES

### Plaintiff

5.     Mr. Lewis Golinker is an attorney with offices in Ithaca, New York. Mr. Golinker represents individuals with severe speech impairments who require SGDs to communicate. He is a frequent lecturer on the subject of SGD funding at speech-language pathology and legal professional continuing education conferences and in other similar forums, and is the author of numerous articles on the subject of SGD and other assistive device funding.

He is responsible for the content posted at www.aacfundinghelp.com, and is a member of the Board of Directors of the United States Society for Augmentative and Alternative Communication.

<u>Defendant</u>

6.      The Office of Personnel Management is an agency of the federal government with authority to contract with qualified health insurance carriers to offer plans to participants in the FEHBP.

## STATUTORY BACKGROUND

### Federal Employees Health Benefits Program

7.      The FEHBP enables civilian employees of the federal government to purchase health insurance for themselves and their dependents. 5 U.S.C. §§ 8901-8914.

8.      The OPM has statutory authority to negotiate contracts with qualified carriers, licensed to issue group health insurance, for uniform terms of one year. 5 U.S.C. §§ 8902(a), (b).

9.      OPM may prescribe reasonable minimum standards for benefit plans. 5 U.S.C. § 8902(e). Each contract must contain a detailed statement of benefits offered and the maximums, limitations, exclusions, and other definitions of benefits OPM considers necessary or desirable. 5 U.S.C. § 8902(d). OPM is supposed to negotiate contracts offering maximum benefits at the lowest price. H.R. Rep. No. 957, 86th Cong., 1st Sess. 4 (1959). OPM also must assure that the rates charged for these plans reasonably and equitably reflect the cost of the benefits provided. 5 U.S.C. § 8902(i).

### Freedom Of Information Act

10.      The Freedom Of Information Act grants the public access to records in the custody, possession or control of the federal government. 5 U.S.C. § 552, *et seq*.

11.     Once a FOIA request for records has been made, the agency receiving the request has twenty (20) days in which to determine whether to comply with the request. 5 U.S.C. § 552(a)(6)(A)(i) (2008). If the agency decides not to disclose some or all documents responsive to the request, it must immediately notify the requestor of records of the reasons for the denial and of the requestor's right to appeal such a determination. Id.

12.     If the agency fails to comply with the time limits enumerated in 5 U.S.C. § 552(a)(6)(A)(i) (2008), the requestor is deemed to have exhausted his administrative remedies. 5 U.S.C. § 552(a)(6)(C)(i) (2008).

13.     Duplication and search fees under the FOIA are waived "if disclosure of the information is in the public interest because it is likely to contribute significantly to public understanding of the operations or activities of the government and is not primarily in the commercial interest of the requester." 5 U.S.C. § 552(a)(4)(A)(iii) (2008).

**FACTS**

14.     By letter dated February 1, 2007, Mr. Golinker directed a letter captioned "Freedom Of Information Act Request for Documents Justifying Any FEP Plan Express Exclusion of Speech Generating Devices" to Anne S. Easton, Chief, Insurance Group, Center for Employee & Family Support Policy at defendant OPM's Washington headquarters.

15.     The letter requested fifteen specific categories of records each of which related to the OPM's coverage of SGDs. The letter also asked OPM to waive the fees associated with processing the request.

16.     Defendant OPM did not acknowledge receipt of this request, notify Mr. Golinker that it had been forwarded to another organization, convey a notification of expected fees,

provide any documents in response to the request, or explain why it withheld the requested records.

17  On September 6, 2007, Mr. Golinker directed by fax and mail a second letter to the OPM FOIA Requester Service Center, addressed to the Associate Director for Retirement and Insurance.

18.  The request was captioned "Freedom Of Information Act Request for Documents, 5 CFR § 294.107(b) Justifying Any FEP Plan Express Exclusion of Speech Generating Devices." The letter requested the same fifteen specific categories of records as the February 1, 2007 request. The letter also asked OPM to waive the fees associated with processing the request.

19.  Defendant OPM did not acknowledge receipt of this request, notify Mr. Golinker that it had been forwarded to another organization, convey a notification of expected fees, provide any documents in response to the request, or explain why it withheld the requested records.

## CLAIM

20.  Plaintiff realleges and incorporates by reference the allegations set forth in paragraphs 1-19 in the complaint as if fully set forth herein.

21.  Defendant has violated the FOIA by failing to disclose records responsive to Plaintiff's February 1, 2007 and September 6, 2007 requests to which he is statutorily entitled. The requested data is not covered by any applicable FOIA exemption. 5 U.S.C. § 552(b)(1) (2008).

## RELIEF

WHEREFORE, Plaintiff respectfully requests that the Court:

5

1. Declare that Defendant's failure to disclose records requested by Mr. Golinker on February 1, 2007 and September 6, 2007 is unlawful;

2. Order Defendant to disclose all records requested by Mr. Golinker in his February 1, 2007 and September 6, 2007 letters.

3. Order Defendant to waive any and all fees associated with the requests;

4. Award Plaintiff his costs and reasonable attorney's fees;

5. Award any other relief that the Court deems just and proper.

                                      Respectfully submitted,

                                      _____/s/_____
                                      JEFFREY S. GUTMAN (D.C. Bar No. 416954)
                                      The George Washington University Law School
                                      2000 G Street, N.W.
                                      Washington, D.C. 20052
                                      (202) 994-7463 (phone)
                                      (202) 994-4693 (fax)
                                      jgutman@law.gwu.edu (e-mail)

                                      Attorney for Plaintiff

Dated: April 30, 2008

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

| I (a) PLAINTIFFS Lewis Golinker<br>401 East State Street Suite 300<br>Ithaca, NY 14850<br>(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF **Tompkins**<br>(EXCEPT IN U.S. PLAINTIFF CASES)  County | DEFENDANTS Office of Personnel Management<br>1900 E Street NW<br>Washington, DC 20415<br>COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT __DC__<br>(IN U.S. PLAINTIFF CASES ONLY)<br>NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED |
|---|---|
| (c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)<br>Jeffrey Gutman, GW University Law School<br>2000 G Street, NW<br>Washington, DC 20052   (202)994-7463 | ATTORNEYS (IF KNOWN) |

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff  
☐ 3 Federal Question (U.S. Government Not a Party)  
☒ 2 U.S. Government Defendant  
☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

| ☐ A. *Antitrust* | ☐ B. *Personal Injury/Malpractice* | ☐ C. *Administrative Agency Review* | ☐ D. *Temporary Restraining Order/Preliminary Injunction* |
|---|---|---|---|
| ☐ 410 Antitrust | ☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Libel & Slander<br>☐ 330 Federal Employers Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury<br>☐ 362 Medical Malpractice<br>☐ 365 Product Liability<br>☐ 368 Asbestos Product Liability | ☐ 151 Medicare Act<br><br>**Social Security:**<br>☐ 861 HIA ((1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g)<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g)<br><br>**Other Statutes**<br>☐ 891 Agricultural Acts<br>☐ 892 Economic Stabilization Act<br>☐ 893 Environmental Matters<br>☐ 894 Energy Allocation Act<br>☐ 890 Other Statutory Actions (If Administrative Agency is Involved) | Any nature of suit from any category may be selected for this category of case assignment.<br><br>*(If Antitrust, then A governs)* |

☐ E. *General Civil (Other)* OR  ☐ F. *Pro Se General Civil*

| **Real Property**<br>☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent, Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property<br><br>**Personal Property**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal Property Damage<br>☐ 385 Property Damage Product Liability | **Bankruptcy**<br>☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal 28 USC 157<br><br>**Prisoner Petitions**<br>☐ 535 Death Penalty<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition<br><br>**Property Rights**<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 840 Trademark<br><br>**Federal Tax Suits**<br>☐ 870 Taxes (US plaintiff or defendant<br>☐ 871 IRS-Third Party 26 USC 7609 | **Forfeiture/Penalty**<br>☐ 610 Agriculture<br>☐ 620 Other Food & Drug<br>☐ 625 Drug Related Seizure of Property 21 USC 881<br>☐ 630 Liquor Laws<br>☐ 640 RR & Truck<br>☐ 650 Airline Regs<br>☐ 660 Occupational Safety/Health<br>☐ 690 Other<br><br>**Other Statutes**<br>☐ 400 State Reapportionment<br>☐ 430 Banks & Banking<br>☐ 450 Commerce/ICC Rates/etc.<br>☐ 460 Deportation | ☐ 470 Racketeer Influenced & Corrupt Organizations<br>☐ 480 Consumer Credit<br>☐ 490 Cable/Satellite TV<br>☐ 810 Selective Service<br>☐ 850 Securities/Commodities/Exchange<br>☐ 875 Customer Challenge 12 USC 3410<br>☐ 900 Appeal of fee determination under equal access to Justice<br>☐ 950 Constitutionality of State Statutes<br>☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act |
|---|---|---|---|

| ☐ G. *Habeas Corpus/ 2255*<br>☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ H. *Employment Discrimination*<br>☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ I. *FOIA/PRIVACY ACT*<br>☒ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ J. *Student Loan*<br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ☐ K. *Labor/ERISA (non-employment)*<br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ L. *Other Civil Rights (non-employment)*<br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ M. *Contract*<br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ N. *Three-Judge Court*<br>☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ Multi district Litigation   ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

Freedom of Information Act (FOIA)- Action seeks documents requested under FOIA.

**VII. REQUESTED IN COMPLAINT**   CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐   **DEMAND $** 0   Check YES only if demanded in complaint   **JURY DEMAND:** ☐ YES  ☒ NO

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   ☐ YES  ☒ NO   If yes, please complete related case form.

**DATE** 4/30/2008   **SIGNATURE OF ATTORNEY OF RECORD** [signature]

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.    COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.   CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.   CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.   CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.  RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.