## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Lewis Golinker** )<br><br>)<br>)<br>)<br>**Plaintiff** )<br>)<br>**v.** )<br>**U.S. Office of Personnel Management** )<br>)<br>)<br>**Defendant** ) | **Case No.: 1:08-cv-00763 RMU** |

## AFFIDAVIT OF SERVICE

to wit: Washington, DC

I, Wesley Jennings, having been duly authorized to make service of the Summons, Notice of Right to Consent to Trial Before United States Magistrate Judge, Complaint and Initial Electronic Case Filing Order on United States Attorney for the District of Columbia in the above entitled case, hereby depose and say:

That I am over the age of eighteen and that I am not a party to or otherwise interested in this suit.

That my place of business is 1827 18th Street, NW, Washington, DC 20009-5526  (202) 667-0050.

That on May 05, 2008 at 3:40 PM, I served the within Summons, Notice of Right to Consent to Trial Before United States Magistrate Judge, Complaint and Initial Electronic Case Filing Order on United States Attorney for the District of Columbia at 501 3rd Street, NW, Washington, DC 20001 by serving Lakesha Carroll, Docket Clerk, authorized to accept.  Described herein:

Gender: Female     Race/Skin: Black     Hair: Black     Age: 35     Height: 5'5"     Weight: 170

I declare under penalty of perjury that I have read the foregoing information contained in the Affidavit of Service and that the facts stated in it are true and correct.

_5-9-08_
Executed on:

Wesley Jennings
CAPITOL PROCESS & INVESTIGATOR
SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050