CO 249
Rev. 7/07

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Lewis Golinker
    Plaintiff(s)

Civil Action No. 08-cv-00763

vs.

U.S. Office of Personnel Management
    Defendant(s)

### AFFIDAVIT OF MAILING

I, Ryan Mitteness, hereby state that:

On the 7th day of May, 2008, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

# Attorney General of the United States

I have received the receipt for the certified mail, No. 7002 0860 0004 7049 7349 (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the 12th day of May, 2008.

I declare under penalty of perjury that the foregoing is true and correct.

5/20/2008

(Date)

(Signature)

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature]    ☐ Agent   ☐ Addressee<br>B. Received by (Printed Name)   MAY 12 2008    C. Date of Delivery |
| 1. Article Addressed to:<br><br>Attorney General of the U.S.<br>U.S. Department of Justice<br>950 Pennsylvania Ave., N.W.<br>Washington, D.C. 20530 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>*(Transfer from service label)* | 7002 0860 0004 7049 7349 |
| PS Form 3811, February 2004 | Domestic Return Receipt    102595-02-M-1540 |