UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEWIS GOLINKER<br>401 East State Street<br>Suite 300<br>Ithaca, New York  14850<br><br>           Plaintiff<br>    v.<br><br>U.S. OFFICE OF PERSONNEL<br>MANAGEMENT<br>1900 E Street, N.W.<br>Washington, D.C.  20415<br><br>           Defendants. | Civil Action No.: 08-0763 (RMU) |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Harry B. Roback as counsel for Defendant in the above-captioned case.

Respectfully submitted,

/s/ Harry B. Roback
HARRY B. ROBACK (DC Bar # 485145)
Assistant U.S. Attorney
Civil Division
501 Third Street, N.W.
Washington, D.C.  20530
(202) 616-5309

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of May, 2008, I caused the foregoing Praecipe to be served on Counsel for Plaintiff, **Jeffrey S. Gutman**, by the court's Electronic Case Filing System (ECF):

/s/ Harry B. Roback
HARRY B. ROBACK (DC Bar # 485145)
Assistant U.S. Attorney
Civil Division
501 Third Street, N.W.
Washington, D.C. 20530
(202) 616-5309