UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LEWIS GOLINKER,** <br><br> Plaintiff, <br><br> v. <br><br> **UNITED STATES OFFICE OF PERSONNEL MANAGEMENT,** <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 08-763 (RMU) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**MOTION TO EXTEND TIME FOR DEFENDANT
TO RESPOND TO PLAINTIFF'S COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 6(b), Defendant hereby moves for a 14-day extension to answer or otherwise respond to Plaintiff's Complaint. Good cause exists for the Court to grant this modest extension, as Defendant sets forth below:

1. The Complaint in this matter raises claims under the Freedom of Information Act. Specifically, the Plaintiff seeks information regarding the coverage of speech generating devices by the Federal Employees Health Benefits Plan.

2. Defendant's response to Plaintiff's Complaint is currently due on June 4, 2008.

3. Defendant has been diligently reviewing the allegations in the Complaint. However, Defendant needs additional time to prepare its response to the Complaint.

4. Accordingly, Defendant respectfully requests that the Court grant it an additional 14-days to respond to the Complaint.

5. This is Defendant's first request for an extension.

6. Plaintiff will not be prejudiced by the modest extension sought in this motion. This extension will also not affect any other deadlines in this case.

7. Defendant left a voice message for Plaintiff's counsel and sent him an email to see whether he consents to this motion, but was unable to reach him.  Plaintiff's counsel left a voice message for Defendant's counsel but did state whether he consents to the relief sought herein.

A proposed order is submitted herewith.

Respectfully submitted,

_____
JEFFREY A. TAYLOR , D.C. Bar # 498610
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

/s/ Harry B. Roback
HARRY B. ROBACK, D.C. Bar # 485145
Assistant United States Attorney
United States Attorneys Office
555 4th Street, N.W.
Washington, D.C. 20530
(202) 616-5309

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LEWIS GOLINKER,** )<br>)<br>    **Plaintiff,** )<br>)<br>    v. )<br>)<br>**UNITED STATES OFFICE OF** )<br>**PERSONNEL MANAGEMENT,** )<br>)<br>    **Defendant.** )<br>) | Civil Action No. 08-763 (RMU) |

**PROPOSED ORDER**

Upon consideration of Defendant's motion to extend time to respond to Plaintiff's Complaint, it is hereby

ORDERED that the motion is GRANTED.

IT IS FURTHER ORDERED that Defendant shall respond to Plaintiff's Complaint by June 18, 2008.

SO ORDERED.


Date: _____                                           _____
                                                           United States District Judge