CO 249
Rev. 7/07

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Lewis Golinker
_____
Plaintiff(s)

vs.

Civil Action No. 08-cv-00763

U.S. Office of Personnel Management
_____
Defendant(s)

### AFFIDAVIT OF MAILING

I, Ryan Mitteness, hereby state that:

On the 7th day of May, 2008, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

# U.S. Office of Personnel Management

I have received the receipt for the certified mail, No. 7002 0860 0004 7049 7332 (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the 12th day of May, 2008.

I declare under penalty of perjury that the foregoing is true and correct.

6/11/2008
(Date)

_____
(Signature)

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. Office of Personnel Management
1900 E Street, N.W.
Room 5A09
Washington, D.C. 20415

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☑ Agent  ☐ Addressee

B. Received by (Printed Name): OPM-OD
C. Date of Delivery: 5-12-2008

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label)
7002 0860 0004 7049 7332

PS Form 3811, February 2004   Domestic Return Receipt