UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LEWIS GOLINKER,**           ) | |
|              **Plaintiff,**           ) | |
|              v.           ) | Civil Action No. 08-763 (RMU) |
| **UNITED STATES OFFICE OF**           ) <br> **PERSONNEL MANAGEMENT,**           ) | |
|              **Defendant.**           ) | |

**JOINT STATUS REPORT**

The parties submit the following Joint Status Report pursuant to this Court's Order dated June 19, 2008. Specifically, the Court requested that the parties address the likelihood of settlement and propose dates to govern this Freedom of Information Act ("FOIA") case.

The parties have conferred regarding the possibility of settlement, and they are optimistic that they can settle this FOIA case without Court intervention. Defendant anticipates releasing documents to the Plaintiff, identifying any records withheld in whole or in part and deciding Plaintiff's request for a fee waiver by August 1, 2008. The parties believe that they can address any remaining issues in this case by September 2, 2008.

On or before September 3, 2008, the parties propose to file either a stipulation of dismissal if they are able to resolve all issues in this case or a Joint Status Report that informs the Court of the issues that remain outstanding. If the parties are unable to settle all issues in this case, they would also file a proposed briefing schedule with the Court at that time.

The parties further agree that: (i) nothing contained in the Joint Status Report and Proposed Order may be construed as an admission of fault or liability on the part of either party; and (ii) in the event the parties cannot reach a negotiated resolution of this matter, the Court's

approval of this Joint Status Report and the accompanying Proposed Order will have no effect on any future claim for attorney's fees or costs.

A Proposed Order is submitted herewith.

                                                 Respectfully submitted,

JEFFREY A. TAYLOR , D.C. Bar # 498610
United States Attorney


RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


/s/ Harry B. Roback
HARRY B. ROBACK, D.C. Bar # 485145
Assistant United States Attorney
United States Attorneys Office
555 4th Street, N.W.
Washington, D.C. 20530
(202) 616-5309


/s/ Jeffrey S. Gutman
JEFFREY S. GUTMAN, D.C. Bar # 416954
The George Washington University Law School
2000 G Street, N.W.
Washington, D.C. 20052
(202) 994-5797

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LEWIS GOLINKER,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **Civil Action No. 08-763 (RMU)** |
| ) | |
| **UNITED STATES OFFICE OF** ) | |
| **PERSONNEL MANAGEMENT,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**PROPOSED SCHEDULING ORDER**

Upon consideration of parties Joint Status Report, it is hereby

ORDERED that the Defendant shall respond to the Plaintiff's FOIA requests by August 1, 2008.

IT IS FURTHER ORDERED that the parties shall file by September 3, 2008, either a stipulation of dismissal if the parties successfully settle all issues in this case or a Joint Status Report that explains what issues remain in the case and a proposed briefing schedule.

SO ORDERED.


Date: _____                                        _____
                                                        United States District Judge