UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LEWIS GOLINKER,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 08-763 (RMU) |
| ) | |
| **UNITED STATES OFFICE OF** ) | |
| **PERSONNEL MANAGEMENT,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**JOINT STATUS REPORT**

The parties submit the following Joint Status Report pursuant to this Court's Order dated July 1, 2008. The plaintiff and defendant are pleased to report that they are nearly finished resolving all issues in this litigation without Court intervention, and that they anticipate filing a stipulation of dismissal within the next thirty days. The parties respectfully request that the Court grant them thirty days to submit the stipulation of dismissal.

Respectfully submitted,

JEFFREY A. TAYLOR , D.C. Bar # 498610
United States Attorney


RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


/s/ Harry B. Roback
HARRY B. ROBACK, D.C. Bar # 485145
Assistant United States Attorney
United States Attorneys Office
555 4th Street, N.W.
Washington, D.C. 20530
(202) 616-5309

/s/ Jeffrey S. Gutman
JEFFREY S. GUTMAN, D.C. Bar # 416954
The George Washington University Law School
2000 G Street, N.W.
Washington, D.C. 20052
(202) 994-5797