UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEWIS GOLINKER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 08-763 (RMU) |
| | ) |
| UNITED STATES OFFICE OF | ) |
| PERSONNEL MANAGEMENT, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff Lewis Golinker hereby dismisses this civil action with prejudice.

Respectfully submitted,

/s/ Jeffrey S. Gutman
JEFFREY S. GUTMAN, D.C. Bar # 416954
The George Washington University Law School
2000 G Street, N.W.
Washington, D.C. 20052
(202) 994-5797

*Counsel for Plaintiff*

         /s/
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

         /s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

         /s/
HARRY B. ROBACK, D.C. Bar # 485145
Assistant United States Attorney
United States Attorneys Office
555 4th Street, N.W.
Washington, D.C. 20530

(202) 616-5309

*Counsel for Defendant*